JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00181-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSE DEADLINE** |
| vs. | (First Request) |
| CLARENCE MEEKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and RENE VALLADARES, Federal Public Defender, and KEISHA MATTHEWS, Assistant Federal Public Defender, counsel for Defendant CLARENCE MEEKINS, that Government's deadline to respond to Defendant's [40] Objection to [39] Report and Recommendation currently set for June 6, 2023, be reset to June 9, 2023.

///

///

///

///

1

This Stipulation is entered into for the following reasons:

1. The Government needs additional time to research the issues raised in Defendant's objection and respond thoroughly and effectively.

2. The Defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is made in good faith and not for the purposes of delay.

5. This is the first request for an extension of the response deadline.

DATED: June 5, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorneys


/s/ Keisha Matthews
_____
KEISHA MATTHEWS, AFPD
Counsel for Defendant
CLARENCE MEEKINS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE MEEKINS,<br><br>Defendant. | Case No.: 2:22-cr-00181-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's [40] Objection to [39] Report and Recommendation currently set for June 6, 2023, is reset to June 9, 2023.

DATED this  6th  day of June, 2023.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3