JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE MEEKINS,<br><br>Defendant. | Case No. 2:22-cr-00181-APG-EJY<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE DEADLINE TO DEFENDANT'S [44] MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha Matthews, Assistant Federal Public Defender, counsel for CLARENCE MEEKINS, that the Government's deadline to file its response to Defendant's [44] Motion to Amend Conditions of Pretrial Release, currently set for July 6, 2023, by 12:00 p.m., be continued to July 7, 2023, by 5:00 p.m.

This Stipulation is entered into for the following reasons:

1. Counsel for the government is going to be out of the district until July 6, 2023.

1

1    2.    The Government needs additional time to research the issues raised in
2    Defendant's motion and respond thoroughly and effectively.
3    3.    Defense counsel agrees with the continuance.
4    4.    The parties agree to the continuance.
5    This is the first request for a continuance of the deadline.
6    DATED: June 30, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

/s/ Keisha Matthews
_____
KEISHA MATTHEWS
Assistant Federal Public Defender
Counsel for Defendant
CLARENCE MEEKINS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00181-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CLARENCE MEEKINS, | |
| Defendant. | |

IT IS ORDERED that the Government's deadline to file its response to Defendant's [44] Motion to Amend Conditions of Pretrial Release, currently set for July 6, 2023, by 12:00 p.m., be continued to July 7, 2023, by 5:00 p.m.

DATED this 3rd day of July 2023.

HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE