# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CLARENCE MEEKINS,<br><br>                    Defendant. | Case No.: 2:22-cr-00181-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS**<br><br>[ECF Nos. 29, 30, 39] |

Defendant Clarence Meekins moves to dismiss counts two through seven of the indictment. ECF Nos. 29, 30.  Magistrate Judge Youchah entered her report recommending that Meekins' motions be denied. ECF No. 39.  Meekins filed an objection to that recommendation. ECF No. 40.  I have conducted a de novo review of Judge Youchah's recommendation as required by Local Rule IB 3-2.  Judge Youchah's Report and Recommendation sets forth the proper legal analyses and factual bases for the decisions.

I THEREFORE ORDER that Magistrate Judge Youchah's Report and Recommendation (ECF No. 39) is accepted and approved in its entirety.  Defendant Meekins' Motions to Dismiss (ECF Nos. 29, 30) are DENIED.

Dated:  July 24, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE